1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUDITH GILCHRIST,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>        Defendant. | No. CV 07-03467 (SS)<br><br>**JUDGMENT** |

    IT IS ADJUDGED that the decision of the Commissioner is REVERSED AND REMANDED to the Commissioner for further proceedings consistent with this Court's Memorandum Decision and Order.

DATED: April 18, 2008.

                                       /s/
                           ------------------------------
                           SUZANNE H. SEGAL
                           UNITED STATES MAGISTRATE JUDGE